UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| In re: | § | Case No. 15-10576-PGH |
|---|---|---|
| | § | |
| WMK PROPERTIES, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Nicole Testa Mehdipour, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,200,000.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $319,092.08 | | |

3)    Total gross receipts of $1,519,092.08 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,519,092.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,457,169.81 | $1,539,792.41 | $1,200,000.00 | $1,200,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $416,566.26 | $319,397.26 | $319,092.08 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $19,822.13 | $19,822.13 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $500.00 | $500.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $134,459.74 | $344,370.57 | $383,788.49 | $0.00 |
| **Total Disbursements** | $1,591,629.55 | $2,321,051.37 | $1,923,507.88 | $1,519,092.08 |

4). This case was originally filed under chapter 11 on 01/12/2015. The case was converted to one under Chapter 7 on 10/29/2015. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2017         By:  /s/ Nicole Testa Mehdipour
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Palm Beach Business Park Plat ORB 08454 Page 0233 74-43-43-06-01-000-041 5829 Corporate Way West Palm Beach, FL 33480 | 1110-002 | $1,518,671.87 |
| Turnover of Insurance Premium | 1290-000 | $420.21 |
| **TOTAL GROSS RECEIPTS** | | $1,519,092.08 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Palm Beach County Tax Collector | 4110-000 | $0.00 | $35,303.47 | $0.00 | $0.00 |
| 4 | HMF FL D, LLC | 4110-000 | $0.00 | $13,350.10 | $0.00 | $0.00 |
| | Shutts & Bowen Trust Account | 4110-002 | $1,361,196.20 | $1,491,138.84 | $1,200,000.00 | $1,200,000.00 |
| | Anne Gannon, Tax Collector | 4110-000 | $59,118.00 | $0.00 | $0.00 | $0.00 |
| | Atlantic Doors & Hardware, Inc. | 4110-000 | $33,463.00 | $0.00 | $0.00 | $0.00 |
| | Rosen Materials, LLC | 4110-000 | $3,392.61 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,457,169.81 | $1,539,792.41 | $1,200,000.00 | $1,200,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nicole Testa Mehdipour, Trustee, Trustee | 2100-000 | NA | $19,204.60 | $19,204.60 | $19,132.58 |
| Nicole Testa Mehdipour, Trustee, Trustee | 2200-000 | NA | $128.49 | $128.49 | $128.01 |
| Nicole Testa Mehdipour, Trustee | 2420-000 | NA | $2,223.10 | $2,223.10 | $2,223.10 |
| Equity Title & Escrow Inc. | 2500-000 | NA | $138,597.49 | $138,597.49 | $138,597.49 |

| | | | | | |
|---|---|---|---|---|---|
| Mathew B. Wealcatch PA IOTA | 2500-000 | NA | $20,000.00 | $20,000.00 | $20,000.00 |
| NRT New York LLC | 2500-000 | NA | $37,500.00 | $37,500.00 | $37,500.00 |
| Green Bank | 2600-000 | NA | $1,740.91 | $1,740.91 | $1,740.91 |
| Office of the United States Trustee | 2950-000 | NA | $976.55 | $976.55 | $972.89 |
| Nicole Testa Mehdipour | 2990-000 | NA | $450.00 | $450.00 | $450.00 |
| Nicole Testa Mehdipour, Esquire, Attorney for Trustee | 3110-000 | NA | $27,000.00 | $27,000.00 | $26,898.76 |
| Nicole Testa Mehdipour, Esquire, Attorney for Trustee | 3120-000 | NA | $940.30 | $940.30 | $936.77 |
| Barry P. Gruher, Esquire, Attorney for Trustee | 3210-000 | NA | $124,169.00 | $27,000.00 | $26,898.76 |
| Barry P. Gruher, Esquire, Attorney for Trustee | 3220-000 | NA | $1,444.18 | $1,444.18 | $1,438.76 |
| Anthony Palmero, CPA Ahearn Jasco + Company, Accountant for Trustee | 3410-000 | NA | $4,500.00 | $4,500.00 | $4,483.13 |
| Anthony Palmero, CPA Ahearn Jasco + Company, Accountant for Trustee | 3420-000 | NA | $191.64 | $191.64 | $190.92 |
| Trustee Realty, Inc., Realtor for Trustee | 3510-000 | NA | $37,500.00 | $37,500.00 | $37,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $416,566.26 | $319,397.26 | $319,092.08 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Schraiberg, Ferrara & Landau, P.A. | 6210-160 | NA | $19,782.50 | $19,782.50 | $0.00 |
| Shraiberg, Ferrara & Landau, P.A. | 6220-170 | NA | $39.63 | $39.63 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $19,822.13 | $19,822.13 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue | 5800-000 | $0.00 | $500.00 | $500.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | Service | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $500.00 | $500.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Holyfield & Thomas, LLC | 7100-000 | $4,203.24 | $3,368.13 | $3,368.13 | $0.00 |
| 3 | Glidden Spina & Associates a/k/a | 7100-000 | $43,662.50 | $44,132.80 | $44,132.80 | $0.00 |
| 5a | Internal Revenue Service | 7100-000 | $0.00 | $100.00 | $100.00 | $0.00 |
| 6 | Bellsouth Telecommunications, Inc. | 7100-000 | $0.00 | $242.49 | $242.49 | $0.00 |
| 7-2a | Thomas B. D'Agostino, Sr. | 7100-000 | $0.00 | $291,138.84 | $330,556.76 | $0.00 |
| 8 | Florida Power & Light | 7100-000 | $1,033.74 | $1,917.29 | $1,917.29 | $0.00 |
| 10 | ThyssenKrupp Elevator Corp. | 7100-000 | $1,848.52 | $3,471.02 | $3,471.02 | $0.00 |
| | AT&T | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | Calvin, Giordano & Associates, Inc. | 7100-000 | $755.00 | $0.00 | $0.00 | $0.00 |
| | City of West Palm Beach | 7100-000 | $580.86 | $0.00 | $0.00 | $0.00 |
| | Florida Tec | 7100-000 | $625.00 | $0.00 | $0.00 | $0.00 |
| | Frederick J. Keitel, III | 7100-000 | $81,200.88 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Southern Landscape Maintenance | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $134,459.74 | $344,370.57 | $383,788.49 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1         Exhibit 8

| Case No.: | 15-10576-PGH | Trustee Name: | Nicole Testa Mehdipour, Trust |
|---|---|---|---|
| Case Name: | WMK PROPERTIES, INC. | Date Filed (f) or Converted (c): | 10/29/2015 (c) |
| For the Period Ending: | 12/5/2017 | §341(a) Meeting Date: | 12/09/2015 |
| | | Claims Bar Date: | 03/08/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Palm Beach Business Park Plat ORB 08454 Page 0233 74-43-43-06-01-000-041 5829 Corporate Way West Palm Beach, FL 33480 | $2,200,000.00 | $85,074.38 | | $1,518,671.87 | FA |
| Asset Notes: | Per Final Order Approving Sale dated Final Order Approving Sale; ECF #281 and Per Report of Sale ECF #313 | | | | | |
| 2 | Potential claim against JJ Morley Enterprises, Inc. | Unknown | $0.00 | | $0.00 | FA |
| 3 | Potential claim against Chris Stasinos | Unknown | $0.00 | | $0.00 | FA |
| 4 | Potential claim against John Seard | Unknown | $0.00 | | $0.00 | FA |
| 5 | Potential claim against iGeneration Academy, LLC | Unknown | $0.00 | | $0.00 | FA |
| 6 | Turnover of Insurance Premium (u) | $0.00 | $420.21 | | $420.21 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  |  |  |
|---|---|---|---|---|
| $2,200,000.00 | $85,494.59 | | $1,519,092.08 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| 03/28/2017 | All assets administered. Final fee applications are being prepared and final tax returns were filed. |
|---|---|
| 11/17/2016 | Claims Objections Complete. |
| 07/25/2016 | Claims objections filed 07/25/16. |
| 04/26/2016 | The estate is in receipt of $1,518,671.87 for the sale of the property per the Final order Granting Motion to Approve Sale dated 04/04/16; ECF #281. All distributions/wire transfers have been submitted per the Order, Closing Statement and the U.S. Trustee's approval. |
| 04/07/2016 | The Trustee conducted an auction sale for the real property and the winning bid for the sale was $1,500,000.00 for the purchase of the property, which is set to close April 19. Trustee is awaiting the final closing documents and funds. |
| | Claims were reviewed and objections are being filed. |
| | Tax returns do not need filing at this time. |
| 04/01/2016 | Trustee retained counsel to perform detailed review, analysis of alleged claims belonging to estate with respect to certain funds as well as to investigate and pursue potential sale of debtor's primary asset, a commercial office building. Counsel negotiated a settlement with the creditor permitting the estate to sell the property and motions for compromise and to sell the property were filed and granted after evidentiary hearing and hearing. |
| 03/31/2016 | Per Court Order dated 04/04/16; ECF #281, the court has agreed to approve the sale of the assets of the debtor by Auction Sale Free and Clear of Liens and Approved the Bidding Procedures. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2                Exhibit 8

| Case No.: | 15-10576-PGH | Trustee Name: | Nicole Testa Mehdipour, Trust |
| Case Name: | WMK PROPERTIES, INC. | Date Filed (f) or Converted (c): | 10/29/2015 (c) |
| For the Period Ending: | 12/5/2017 | §341(a) Meeting Date: | 12/09/2015 |
| | | Claims Bar Date: | 03/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 06/30/2017    Current Projected Date Of Final Report (TFR): 05/30/2017

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE
NICOLE TESTA MEHDIPOUR, TRUSTEE

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-10576-PGH | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | WMK PROPERTIES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2625 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/12/2015 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/5/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2016 | (1) | EQUITY TITLE & ESCROW, INC. | Per Final order Granting Motion to Approve Sale dated 04/04/16; ECF #281 | 1110-002 | $1,518,671.87 | | $1,518,671.87 |
| 04/20/2016 | | Shutts & Bowen Trust Account | Per Final Order Granting Motion to Approve Sale of Assets dated 04/04/16; ECF #281, #283 and US Trustee Approval. | 4110-002 | | $1,200,000.00 | $318,671.87 |
| 04/20/2016 | | Trustee Realty, Inc. | Per Final Order Granting Motion to Approve Sale of Assets dated 04/04/16; ECF #281 and US Trustee Approval. | 3510-000 | | $37,500.00 | $281,171.87 |
| 04/20/2016 | | Mathew B. Wealcatch PA IOTA | Per Final Order Granting Motion to Approve Sale of Assets dated 04/04/16; ECF #281 and US Trustee Approval. | 2500-000 | | $20,000.00 | $261,171.87 |
| 04/20/2016 | | Equity Title & Escrow Inc. | Per Final Order Granting Motion to Approve Sale of Assets dated 04/04/16; ECF #281 and US Trustee Approval. | 2500-000 | | $138,597.49 | $122,574.38 |
| 04/20/2016 | | NRT New York LLC | Per Final Order Granting Motion to Approve Sale of Assets dated 04/04/16; ECF #281 and US Trustee Approval. | 2500-000 | | $37,500.00 | $85,074.38 |
| 04/26/2016 | 3001 | Nicole Testa Mehdipour, Trustee | Insurance Premium Reimbursement per Order Granting Trustee's Motion to Enter into Insurance Premium Finance Agreement dated March 1, 2016; ECF #265 | 2420-000 | | $2,223.10 | $82,851.28 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $56.99 | $82,794.29 |
| 05/10/2016 | 3002 | Nicole Testa Mehdipour | Per Court Order dated 05/6/16; ECF #290 Granting Motion to Reimburse Nicole Testa Mehdipour for Administrative Expense for Property Maintenance | 2990-000 | | $450.00 | $82,344.29 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $128.82 | $82,215.47 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $128.39 | $82,087.08 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $132.46 | $81,954.62 |
| 08/02/2016 | (6) | Premium Assignment Corporation | Turnover of unearned insurance premium | 1290-000 | $420.21 | | $82,374.83 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $132.90 | $82,241.93 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $136.99 | $82,104.94 |

SUBTOTALS    $1,519,092.08    $1,436,987.14

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10576-PGH | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | WMK PROPERTIES, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2625 | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/12/2015 | | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $123.94 | $81,981.00 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $128.02 | $81,852.98 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $132.08 | $81,720.90 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $131.87 | $81,589.03 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $118.91 | $81,470.12 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $139.95 | $81,330.17 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $118.54 | $81,211.63 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $131.05 | $81,080.58 |
| 08/30/2017 | 3003 | Anthony Palmero, CPA Ahearn Jasco + Company | Accountant for Trustee Expenses per Court Order dated 08/30/17; ECF #319 | 3420-000 | | $190.92 | $80,889.66 |
| 08/30/2017 | 3004 | Anthony Palmero, CPA Ahearn Jasco + Company | Accountant for Trustee Fees per Court Order dated 08/30/17; ECF #319 | 3410-000 | | $4,483.13 | $76,406.53 |
| 08/30/2017 | 3005 | Barry P. Gruher, Esquire | Attorney for Trustee Fees per Court Order dated 08/30/17; ECF #319 | 3220-000 | | $1,438.76 | $74,967.77 |
| 08/30/2017 | 3006 | Nicole Testa Mehdipour, Esquire | Attorney for Trustee Expenses per Court Order dated 08/30/17; ECF #319 | 3120-000 | | $936.77 | $74,031.00 |
| 08/30/2017 | 3007 | Barry P. Gruher, Esquire | Attorney for Trustee Fees per Court Order dated 08/30/17; ECF #319 | 3210-000 | | $26,898.76 | $47,132.24 |
| 08/30/2017 | 3008 | Nicole Testa Mehdipour, Esquire | Attorney for Trustee Fees per Court Order dated 08/30/17; ECF #319 | 3110-000 | | $26,898.76 | $20,233.48 |
| 08/30/2017 | 3009 | Nicole Testa Mehdipour, Trustee | Trustee Compensation per Court Order dated 08/30/17; ECF #319 | 2100-000 | | $19,132.58 | $1,100.90 |
| 08/30/2017 | 3010 | Nicole Testa Mehdipour, Trustee | Trustee Expenses per Court Order dated 08/30/17; ECF #319 | 2200-000 | | $128.01 | $972.89 |
| 08/30/2017 | 3011 | Office of the United States Trustee | Claim #: 9; Amount Allowed: 976.55; Amount Claimed: 976.55; Distribution Dividend: 99.63; | 2950-000 | | $972.89 | $0.00 |

| | | | SUBTOTALS | | $0.00 | $82,104.94 |
|---|---|---|---|---|---|---|

Page No: 3      Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10576-PGH | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | WMK PROPERTIES, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2625 | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/12/2015 | | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,519,092.08 | $1,519,092.08 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,519,092.08 | $1,519,092.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,519,092.08 | $1,519,092.08 | |

| For the period of 1/12/2015 to 12/5/2017 | | For the entire history of the account between 04/18/2016 to 12/5/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $420.21 | Total Compensable Receipts: | $420.21 |
| Total Non-Compensable Receipts: | $1,518,671.87 | Total Non-Compensable Receipts: | $1,518,671.87 |
| Total Comp/Non Comp Receipts: | $1,519,092.08 | Total Comp/Non Comp Receipts: | $1,519,092.08 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $319,092.08 | Total Compensable Disbursements: | $319,092.08 |
| Total Non-Compensable Disbursements: | $1,200,000.00 | Total Non-Compensable Disbursements: | $1,200,000.00 |
| Total Comp/Non Comp Disbursements: | $1,519,092.08 | Total Comp/Non Comp Disbursements: | $1,519,092.08 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4   Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 15-10576-PGH | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
| Case Name: | WMK PROPERTIES, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2625 | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/12/2015 | | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 12/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,519,092.08 | $1,519,092.08 | $0.00 |

**For the period of 1/12/2015 to 12/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $420.21 |
| Total Non-Compensable Receipts: | $1,518,671.87 |
| Total Comp/Non Comp Receipts: | $1,519,092.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $319,092.08 |
| Total Non-Compensable Disbursements: | $1,200,000.00 |
| Total Comp/Non Comp Disbursements: | $1,519,092.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/29/2015 to 12/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $420.21 |
| Total Non-Compensable Receipts: | $1,518,671.87 |
| Total Comp/Non Comp Receipts: | $1,519,092.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $319,092.08 |
| Total Non-Compensable Disbursements: | $1,200,000.00 |
| Total Comp/Non Comp Disbursements: | $1,519,092.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE

NICOLE TESTA MEHDIPOUR, TRUSTEE